UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>VTC EXPANSION LLC, a California Limited Liability Company; STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10,<br><br>    Defendants. | **Case No.** 3:18-CV-04489-RS<br><br>ORDER TO EXTEND DATE FOR FILING DISMISSAL |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to May 31, 2021.

**IT IS SO ORDERED.**

Dated: __April 30, 2021__

_____
HONORABLE RICHARD SEEBORG
United States District Judge